IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE: CORY A WILLIAMSON
KRISTIE A WILLIAMSON

CASE NO: 17-20786

## TRUSTEE'S OBJECTION TO CONFIRMATION

**NOW INTO COURT,** comes Keith A. Rodriguez, Standing Chapter 13 Trustee, who objects to confirmation of the debtors' plan for the reasons respectfully indicated as follows:

-(a)(2) Failure to pay priority in full – The State of Louisiana has filed a priority proof of claim in the amount of $274.02, however, this debt is not provided for in the plan and the claim is based upon a return for the 2016 tax year.

Hanging Paragraph - Per the claim filed by Wells Fargo Bank N.A. the transaction appears to fall under the "hanging paragraph", but the Plan proposes to pay less than the secured claim amount.

**WHEREFORE,** Trustee prays that a hearing be held and after due proceeding had, the debtors' plan shall not be confirmed; or alternatively the debtors should be required to amend the plan to satisfy the objections herein.

Lafayette, Louisiana this 4th day of December, 2017.

/s/ Keith A. Rodriguez
**KEITH A. RODRIGUEZ
STANDING CHAPTER 13 TRUSTEE**

# CERTIFICATE OR SERVICE

I do hereby certify that a copy of the foregoing has been served on the debtors:

CORY A WILLIAMSON
KRISTIE A WILLIAMSON
4415 MONTICELLO STREET
LAKE CHARLES, LA  70605

and the debtors' attorney:

CHRISTIAN D CHESSON
ONE LAKESHORE DRIVE
SUITE 1800
LAKE CHARLES, LA  70629

by placing same in the United States Mail, postage prepaid or by electronic case filing this 4th day of December, 2017.

/s/ Keith A. Rodriguez
**KEITH A. RODRIGUEZ**
**STANDING CHAPTER 13 TRUSTEE**